FILED
2019 Oct-17 PM 03:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| KARIM GOLDING, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 4:19-cv-00854-ACA-JEO |
| ) | |
| WARDEN ETOWAH COUNTY ) | |
| JAIL, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER OF DISMISSAL

On September 18, 2019, the magistrate judge entered a report recommending this action be dismissed as duplicative of *Golding v. Sessions*, No. 2:18-cv-17175-ES (D.N.J. Apr. 5, 2018), ECF No. 1. Although the magistrate judge advised the parties of their right to file specific written objections within fourteen days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. In accordance with the recommendation, the court **DISMISSES** this action as duplicative.

**DONE** and **ORDERED** this October 17, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE